**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/10/23
```

MICHAEL CORDI,

        - against -

PORT AUTHORITY TRANS HUDSON CORP.,

               Defendant.

**22-CV-7305 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Court hereby directs the parties to submit a joint status update within seven (7) days of the date of this Order.

**SO ORDERED.**

Dated:    10 August 2023
            New York, New York

_____
Victor Marrero
U.S.D.J.