```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| MICHAEL CORDI,<br><br>                Plaintiff,<br><br>     - against -<br><br>PORT AUTHORITY TRANS HUDSON CORP.,<br><br>                Defendant. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 10/6/23<br><br>**22-CV-7305 (VM)**<br><br>**ORDER** |

**VICTOR MARRERO, United States District Judge.**

    The Court hereby adjourns the four day trial scheduled to begin on Monday, January 29, 2024, to Monday, February 26, 2024.

**SO ORDERED.**

Dated:    6 October 2023
             New York, New York

                                                        Victor Marrero
                                                        U.S.D.J.