UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  1/29/24
```

MICHAEL CORDI,

                Plaintiff,

    - against -

PORT AUTHORITY TRANS HUDSON CORP.,

                Defendant.

22-cv-7305

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    The Court has become aware that the parties in this case have reached a settlement agreement.

    Accordingly, this case is hereby discontinued without prejudice, and all deadlines, conferences, and trial dates hereby adjourned. The parties are directed to file a stipulation of voluntary dismissal or otherwise seek leave to re-open this case within thirty (30) days of the date of this Order.

**SO ORDERED.**

Dated:    January 29, 2024
             New York, New York

                                        _____
                                          Victor Marrero
                                            U.S.D.J.